# Court of Appeals
# of the State of Georgia

ATLANTA,  December 07, 2023

*The Court of Appeals hereby passes the following order:*

**A24A0562. ARIANNA SCOTT v. KOFI C. ASIRIFI.**

In July 2022, Arianna Scott obtained a family violence protective order against Kofi C. Asirifi, the father of her minor child. Scott subsequently filed petitions for contempt and for modification of the protective order, which the trial court denied on October 6, 2022. Scott filed a notice of appeal on August 1, 2023, seeking to challenge the October 6 decision. We lack jurisdiction for two reasons.

First, the trial court's order is not subject to direct appeal. Pursuant to OCGA § 5-6-35 (a) (2), a party must follow the discretionary appeal procedures to obtain review in a domestic relations case, including those that involve family violence.[1] See *Schmidt v. Schmidt*, 270 Ga. 461, 461 (1) (510 SE2d 810) (1999). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996).  Scott's failure to follow the required appellate procedure deprives us of jurisdiction over this direct appeal.

Second, even if Scott was entitled to a direct appeal, her notice of appeal is untimely. A notice of appeal must be filed within 30 days after entry of the appealable order. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012). Scott's notice of appeal was filed 299

[1] "[T]he term 'family violence' means . . . acts between past or present spouses, persons who are parents of the same child, parents and children, stepparents and stepchildren, foster parents and foster children, or other persons living or formerly living in the same household[.]" OCGA § 19-13-1.

days after entry of the order she seeks to appeal.

 For these reasons, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta, <u> 12/07/2023 </u>*

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

<u>    *Stephen E. Castlen*    </u> *, Clerk.*